UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 2:05-CR-125-JCM-RJJ |
| | ) |
| THOMAS REDA | ) |
| | ) |
| Defendant. | ) |

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
MAY 25 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#69), sentencing held on December 9, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: Bank of America
Amount of Restitution: $200.00

Name of Payee: Home Depot
Amount of Restitution: $438.38

Name of Payee: RC Willey
Amount of Restitution: $4,686.96

Name of Payee: Eureka Casino
Amount of Restitution: $1,500.00

Name of Payee: Motorcycle City
Amount of Restitution: $329.90

Name of Payee: National Diversified Brokers
Amount of Restitution: $400.00

Name of Payee: Whitehall Jewelry
Amount of Restitution: $591.25

**Total Amount of Restitution ordered:  $8,146.49****

**Joint and Several with Co-Defendants Amber McDearmon and James Reda

Dated this _24th_ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE